THE PEOPLE OF THE STATE OF NEW YORK v. PATRICK GRENNAN.— Upon the stipulation hereto annexed and papers submitted upon an application to fix bail, an application for a writ of habeas corpus is granted and a return thereto deemed to have been filed. The writ of habeas corpus is dismissed and the relator remanded to custody. Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ., concur.